# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No. CV 16-8079-PA (PLA)　　　　　　　　　　　　　　　　　Date  June 20, 2017

Title:　Desiree Grisham v. County of Los Angeles, et al.

---

PRESENT: THE HONORABLE　PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**　　(IN CHAMBERS)

Pursuant to this Court's Order of April 12, 2017, plaintiff was ordered to file two copies of the Proof of Service of the Summons and First Amended Complaint in this matter in compliance with the Court's Order within sixty days of the filing of the Complaint, i.e., by June 7, 2017. To date, the copies of the Proof of Service have not been filed with the Court. Accordingly, **by no later than July 3, 2017, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute. Filing of the two copies of the Proof of Service on or before July 3, 2017, shall be deemed compliance with this Order to Show Cause.


cc:　　Desiree Grisham, Pro Se
　　　　Counsel of Record

Initials of Deputy Clerk____ch____