**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DESIREE GRISHAM, | No. CV 16-8079-PA (PLA) |
| Plaintiff, | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

On October 23, 2017, the United States Magistrate Judge issued a Report and Recommendation ("R&R"), recommending: (1) that defendant County of Los Angeles' Second Motion to Dismiss be granted as to the County for failure to state a claim, and (2) that plaintiff's claims against the individual defendants be dismissed for failure to prosecute. (ECF No. 28). On November 7, 2017, plaintiff filed Objections to the R&R (ECF No. 36), as well as proofs of service as to the three individual defendants (ECF Nos. 33-35). On November 21, 2017, defendants filed a Response to the Objections. (ECF No. 37). The Magistrate Judge then withdrew that portion of the R&R recommending that plaintiff's claims against the individual defendants be dismissed for failure to prosecute. (ECF No. 44).

Accordingly, and pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the other records on file herein, the Magistrate Judge's October 23, 2017, Report and

Recommendation, plaintiff's Objections to the Report and Recommendation, and the Response of defendants to plaintiff's Objections. The Court has engaged in a <u>de</u> <u>novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The portion of the Report and Recommendation that has not been withdrawn is accepted;

2. Defendant County of Los Angeles' Second Motion to Dismiss is granted, and the First Amended Complaint is dismissed without leave to amend and with prejudice for failure to state a claim as to defendant County of Los Angeles;

3. Defendant County of Los Angeles is dismissed from this action;

4. The clerk shall serve this Order on all counsel or parties of record.

DATED: November 30, 2017

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE