UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DESIREE GRISHAM, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF LOS ANGELES, et al., <br><br> Defendants. | No. CV 16-8079-PA (PLA) <br><br> **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. Defendants' Motion for Summary Judgment (ECF No. 66) is granted.
3. Judgment shall be entered consistent with this Order.
4. The clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: June 3, 2019

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE