UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DESIREE GRISHAM, | No. CV 16-8079-PA (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: June 3, 2019

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE